# MINUTES

CASE NUMBER: MISC NO. 14-00249LEK-RLP

CASE NAME: Gabriel Aio, et al. Vs. William S. Chee, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER:

DATE: 12/17/2014                    TIME:

COURT ACTION:  EO:  COURT ORDER REGARDING NOVEMBER 26, 2014 FILING

On November 26, 2014, Napua Kahunahana ("Kahunahana"), who is proceeding pro se, filed a document "Addendum to Joinder to 'Supplement to Joinder of Nolan Crabbe and Additional Petitioners to the Petition for Justice', Received October 22, 1997 Herein" ("Addendum"). [Dkt. no. 1.] Kahunahana, who refers to herself as the "Minister of Interior for the Kingdom of Hawaii and Her Majesty AkahiWahine, posthumous Queen Liliuokalani, Queen of the Hawaiian Islands and archipelago, Hawaiian Kingdom, Kingdom of Hawaii," [Dkt. no. 1-1 at 1,] also attaches as Exhibit A, an Assignment of Mortgage. [Dkt. no. 1-2.]

This Court is unable to ascertain what action Kahunahana seeks in this Miscellaneous Case. Kahunahana appears to be responding to a filing in a specific case. The Caption on the Addendum is: <u>Gabbriel Aio, Steve Montgomery Crouch, Eric Aaron Lighter Petitioners, et. al, Petitioners vs. William S. Chee, et. al, Respondents</u>. However, there is no existing case number on the Addendum and, upon querying the district court's database, the Clerk's Office was unable to find any open case to which this filing appears to correspond. One case, filed in 1997, does refer to a "Supplement to Joinder of Nolan Crabbe and additional petitioners to the petition for justice," filed on October 20, 1997. [<u>Aio et al. v. Chee, et al.</u>, MC 97-00263 ACK-FIY ("Aio 1997 Case"), Supplement, filed 10/20/97 (dkt. no. 1).] However, it appears that the supplement was withdrawn, [<u>id.</u>, dkt. no. 2 (filed 10/21/97),] and the case closed on October 21, 1997.

If Kahunahana is seeking to respond to the supplement filed in the Aio 1997 Case, she cannot, because that case has been closed for well over fifteen years. However, if she is seeking to commence her own civil action against Central Pacific Bank/Central Pacific Home Loans Inc. or against the United States of America for violations of the Racketeer Influenced and Corrupt Organization Act, 18 U.S.C. § 1961, *et seq.*, see, e.g., Addendum at 2 ("Statement of Fact #1, Title 18 RICO (Racketeering Influence Corrupt Organization) Act Violations Central Pacific Bank/Central Pacific HomeLoans Inc and Co-Horts"), 4 ("Statement of Fact #2 . . . The Statement of Fact #1 are documents facts of an Enterprise within the UNITED STATES government system that have conducted multitude of ongoing criminal activities since 1893 to present[.]"), she must file a new complaint with this district court.

Because this Court cannot discern the legal basis for Kahunahana's Addendum or what the document seeks, this Court is unable to act upon the filing. This Court therefore ORDERS Kahunahana to file a written statement clarifying what action she requests and on what grounds. Kahunahana must file her statement by no later than **January 7, 2015**. This Court CAUTIONS Kahunahana that, if she does not file satisfactory clarification by **January 7, 2015**, this Court will terminate the Addendum and close this Miscellaneous Case. This Court further CAUTIONS Kahunahana that this Court "lacks jurisdiction to decide any issue regarding the legality of Hawaii's statehood including the lawfulness of events leading to statehood." Algal Partners, L.P. v. Santos, Civil No. 13-00562 LEK-BMK, 2014 WL 1653084, at *2 (D. Hawai`i Apr. 23, 2014) (citation and internal quotation marks omitted).

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager